AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Houston, John A | 2. Court or Organization  Southern District of Californi | 3. Date of Report  05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Court | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  940 Front Street  Suite 2140  San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 7:12 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Self Employed (consultant/clinical psychologist) |
| 2. | ERM, San Diego, CA (consulting) |
| 3. | Center For Creative Leadership, La Jolla ,CA |
| 4. | Dynamic Consulting, San Diego, CA |
| 5. | Alliant International University, San Diego, CA |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Gold | Credit Card | None |
| 2. | Pentagon Federal Credit Union | -- Mortgage- Rental Property - Birmingham,AL (cntd Part 8 | None |
| 3. | CitiBank | --- Mortgage - Rental Property - San Diego (x) ; see part 8 | None |
| 4. | Chase (formally Bank One) | Credit Card | None |
| 5. | Citibank | Credit Card | None |
| 6. | Pentagon Federal Credit Union | Credit Card | None |
| 7. | Wells Fargo Bank | Mortgage - Investment Real Property | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property(1), Birmingham, AL | A | Rent | | | Sell | 10/15 | K | C | Mary Brooks |
| 2. Rental Property (2), San Diego County, CA | E | Rent | O | W | | | | | |
| 3. San Diego Gas & Electric (Sempra) | B | Dividend | J | T | | | | | |
| 4. San Diego Gas & Electric (Sempra) | B | Dividend | J | T | | | | | |
| 5. Oppenheimer Capital Appreciation Mutual Fund- IRA | C | Dividend | L | T | | | | | |
| 6. Oppenheimer Capital Appreciation Mutual Fund - IRA | C | Dividend | L | T | | | | | |
| 7. Fidelity Funds - IRA | B | Dividend | J | T | | | | | |
| 8. --Fidelity Discovery Fund | A | Dividend | J | T | | | | | |
| 9. ---Fidelity New Markets Fund | A | Dividend | J | T | | | | | |
| 10. Trust | E | Dividend | M | T | | | | | |
| 11. - McDonalds Common Stock | | | | | Sold | 10/25 | J | | |
| 12. - AT&T (Common Stock) | | | | | Sold | 10/19 | | | |
| 13. - Alcoa (Common Stock) | | | | | Sold | 10/25 | J | | |
| 14. - Merck (Common Stock) | | | | | Sold | 10/25 | J | A | |
| 15. - Coca-Cola (Common Stock) | | | | | Sold | 10/22 | J | | |
| 16. - Goodyear (Common Stock) | | | | | Sold | 10/22 | J | | |
| 17. - 3M (Common Stock) | | | | | Sold | 10/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Caterpillar (Common Stock) | | | | | Sold | 10/22 | J | | |
| 19.  - CenterPoint Energy (Formerly Houston Ind) (Common Stock) | | | | | Sold | 10/23 | J | | |
| 20.  - Time Warner (Common Stock) | | | | | Sold | 10/22 | J | | |
| 21.  - Janus Mercury Fund (Mutual Fund) | | | | | Sold | 10/19 | J | | |
| 22.  - Microsoft (Common Stock)  · | | | | | Sold | 10/19 | J | | |
| 23.  - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 24.  - Home Depot (Common Stock) | | | | | Sold | 10/25 | J | | |
| 25.  - Qualcomm  (common stock) | | | | | Sold | 1019 | J | | |
| 26.  - Nuveen Limited Term Municipal Bond Fund | A | Interest | | | | | | | |
| 27.  MSDW Dividend Growth Securities Fund | A | Dividend | J | T | | | | | |
| 28.  MSDW California Tax-Free Income Fund | A | Interest | J | T | | | | | |
| 29.  AIM Advisor Real Estate Fund | A | Dividend | J | T | | | | | |
| 30.  Eaton Vance WW Health Sciences Fund | A | Dividend | J | T | | | | | |
| 31.  Eaton Vance Taz Managed Growth Fund | A | Dividend | J | T | | | | | |
| 32.  Franklin Calif Trax Free Income Fund | A | Interest | J | T | | | | | |
| 33.  MFS MidCap Growth Fund | A | Dividend | J | T | | | | | |
| 34.  Putnam Rsearch Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Putnam International Voyager Fund | A | Dividend | J | T | | | | | |
| 36.  Sentinel Small Cap Companies Fund | A | Dividend | J | T | | | | | |
| 37.  Reserve Primary Fund  Class R | A | Dividend | J | T | | | | | |
| 38.  Lord Abbet Mid Cap Val Class C | A | Distribution | J | T | | | | | |
| 39.  MFS Val Class B | A | Dividend | J | T | | | | | |
| 40.  MFS Value Class C | A | Dividend | J | T | | | | | |
| 41.  American AMCAP Class C | A | Distribution | J | T | | | | | |
| 42.  John Hancock US Glob Leaders Growth Class C | A | Dividend | J | T | | | | | |
| 43.  Putnam Tax Smart Equity Class B | A | Dividend | J | T | | | | | |
| 44.  Delaware Tax-Free California Class B | A | Interest | J | T | | | | | |
| 45.  Sisters Investing N Securities(SIS)(Investment Club) | B | Dividend | J | T | Liquidation | 08/12 | K | C | |
| 46.  - Apple (Common Stock) | | | | | | | | | |
| 47.  - Harley Davidson (Common Stock) | | | | | | | | | |
| 48.  - Limited, Inc. (Formerly Intimate Brands (Common Stock) | | | | | | | | | |
| 49.  - Pepsi Co (Common Stock) | | | | | | | | | |
| 50.  - Qualcomm  (Common Stock) | | | | | | | | | |
| 51.  - Tricon Global (Common Stock) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - WalMart Stores (Common Stock) | | | | | | | | | |
| 53.   - Leap Wireless (Common Stock)"(X)" | | | | | | | | | |
| 54.   - America On Line (Common Stock) | | | | | | | | | |
| 55.   - Walt Disney (Common Stock) | | | | | | | | | |
| 56.   - Cisco | | | | | | | | | |
| 57.   - Microsoft | | | | | | | | | |
| 58.   - Putnam Voyager Mutual Fund | | | | | | | | | |
| 59.   - Southwest Airlines | | | | | | | | | |
| 60.   - General Electric | | | | | | | | | |
| 61.   -Phizer, Inc. | | | | | | | | | |
| 62.   -Amylin Pharmaceutical | | | | | | | | | |
| 63.   Phoenix Mutual Funds- Simple-IRA | C | Dividend | K | T | | | | | |
| 64.   - Phoenix Strategic Theme Class B | | | | | | | | | |
| 65.   Real Property (3), Birmingham, AL | | None | L | R | Buy | 07/15 | K | | Bank of America |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Partt VII.

    Item 1. Columns D(2) and (5): The exact date of sale and the purchaser is unknowmn to me at this time. I have included the name of my real estate agent in Birmingham, AL who I have not been able to contact.
        Note: My personal residence and its contents, including records of this transaction, were totally destroyed in the October 22, 2007 San Diego wildfires. My recent efforts to obtain thiis data have not been successful.

    Item 10 Trust. All assets sold/liquidatd in the fall of 2007, except Nuveen (#48) and Leap Wireless (#23)., the latter reportedly having no value. Items 25 (Phoenix Strategic Equity Opportunity - Class B) and 26 (Phoenix Seneca Strategic            Thene - Class B) are not assets of the trust but IRA assets.

    Items 25 -28, inclusive identified in the 2006 report [Phoenix Strategic Equity Opportunity - Class B, Phoenix Seneca Srategic Theme - Class B, Reynolds Mutual Fund and Legg Mason Value Focus Mutual Fund, respectively].. Those items have          NOT been included in this report in that thery are owned and have always been owned by ▮▮▮▮▮▮▮▮▮▮. The assets were derived from his individual income and I do not derive or expect to derive any benefit from them. While I        controlled the assets to an extent and provided direction and guidance with respect to the investments when he was younger, I no longer exercise any control over the assets, and have not done so for the last few years. I believe the assets should        have been deleted fron this disclosure a few years ago and I inadvertently failed to delete them.

    Items 25 (Qualcomm) and 26 (Nuveen) in this report, which were items 47 and 48 respectively, in the 2006 report.. These assets were inadvertently separated from the Trust assets that begin at Item 10 in the 2006 reporting period. I have placed        them under the trust assets in this report.

    Item 45 (SIS Investment Club)in this report, which was item 49 in the 2006 report. The investment club was disbanded by mutual agreement and all assets (# 50 - 66) sold in August 2007.

    Item 65 ( Real Property) was purchased at a foreclosure sale for $45,000. The Wells Fargo loan (Part VI.) is secured by this property. I am not certain who the sellar was. My recollection is that the seller was Bank of America. I recall it tooka        couple of months to obtain the deed as there was confusion by title company as to who needed to sign. The note under item 1 is applicable here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544